United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL MAIMONA,

Petitioner,

vs.

BOARD OF PRISON TERMS,

Respondent.

/

No. C 09-0264 WHA (PR)

**ORDER OF DISMISSAL**

This is a habeas case filed pro se by a state prisoner challenging a May 10, 2006, denial of parole. The petition was dismissed with leave to amend, in part because petitioner failed to allege facts showing that he had exhausted his claims in state court. *See Cartwright v. Cupp*, 650 F.2d 1103, 1104 (9th Cir. 1981) (habeas petitioner has burden to plead exhaustion). Petitioner amended, but the amended petition once more did not provide the necessary information regarding exhaustion of state remedies. Petitioner was given a second opportunity to plead exhaustion, but he did not do so. Finally, on July 31, 2009, petitioner was given a third opportunity to plead exhaustion by filing a paper with the clerk of this court within fourteen days of the date this order is entered which does nothing more than say (1) whether he filed a state habeas petition in the California Supreme Court raising the issues he seeks to raise here; (2) if so, what ruling the California Supreme Court made on that petition; and (3) if available, the date of the California Supreme Court's ruling.

United States District Court
For the Northern District of California

Petitioner has filed two letters, but neither of them address exhaustion or identify what issues he has raised in the California Supreme Court. Consequently, petitioner has not properly pled exhaustion. Accordingly this petition is **DISMISSED** without prejudice.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\MAIMONA0264.DSM.wpd